IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARIUS JACKSON                                           PETITIONER

v.                      NO. 5:10CV00255 SWW/HDY

RAY HOBBS, Interim Director of the                         RESPONDENT
Arkansas Department of Correction

### ORDER

Petitioner Darius Jackson ("Jackson") commenced this proceeding by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. Respondent Ray Hobbs ("Hobbs") has now filed a response. He maintains in the response that Jackson's petition should be dismissed because the claims contained therein were reasonably adjudicated by the Arkansas Supreme Court, are non-cognizable, or are procedurally barred from federal court review. Before giving serious consideration to Hobbs' assertions, the Court invites Jackson to file a reply in which he addresses the aforementioned assertions. Jackson is given up to, and including, January 3, 2011, to file a reply.

IT IS SO ORDERED this __29__ day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE