IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARIUS JACKSON                                                                               PETITIONER

v.                              NO. 5:10CV00255 SWW

RAY HOBBS, Director of the                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Darius Jackson is dismissed. All requested relief is denied, and, in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is

denied.[1]  Judgment will be entered for respondent Ray Hobbs.

IT IS SO ORDERED this 24th day of February, 2011.

                                                      /s/Susan Webber Wright
                                                      UNITED STATES DISTRICT JUDGE

---

[1] The Court is not convinced that petitioner can make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).