IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARIUS JACKSON                                                                               PETITIONER

v.                                  NO. 5:10CV00255 SWW

RAY HOBBS, Director of the                                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs.

IT IS SO ORDERED this 24th day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE